179 So. 263

### Lawrence O'REILLY v. STATE.
#### 8 Div. 589.

Court of Appeals of Alabama.

Nov. 2, 1937.

Rehearing Denied Jan. 11, 1938.

W. L. Chenault, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., and Effie Crittenden and John J. Haynes, Asst. Attys. Gen., for the State.

RICE, Judge.

Affirmed.